UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DARREN KOLAR,

                      **Plaintiff,**

                    v.                                  Civil No.3:13-cv-01964-TC

COMMISSIONER OF SOCIAL SECURITY,
                    **Defendant.**

# JUDGMENT

Pursuant to the Order signed on 12/3/2014, this action is reversed and remanded for further administrative proceedings consistent with the Order of Remand.

Dated this 4 day of December 2014.

*[signature]*

Ann Aiken
United States District Judge

JUDGMENT